■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO SOTO, Appellant.—Judgment, Supreme Court, New York County (Albert Williams, J., at sentence, trial and suppression hearing), rendered on September 30, 1985, unanimously reversed, on the law, and denial of appellant's suppression motion is affirmed. *(People v Owens,* 69 NY2d 585 [1987].)

No opinion. Concur—Murphy, P. J., Sullivan, Ross, Kassal and Ellerin, JJ.